AO 91 (REV.5/85) Criminal Complaint         SAUSA Darryl J. Rossini , (312) 829-8929

# UNITED STATES DISTRICT COURT

<u>NORTHERN</u>     DISTRICT OF     <u>ILLINOIS, EASTERN DIVISION</u>

UNITED STATES OF AMERICA

v.

EDUARDO VENTURA

(Name and Address of Defendant)

MAGISTRATE JUDGE KEYS

**CRIMINAL COMPLAINT**

**CASE NUMBER:**

# 08 CR 479

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __August 8, 2003__ in __Lake__ county, in the __Northern__ District of __Illinois__ defendant(s) did, (Track Statutory Language of Offense)

move and travel in interstate commerce to avoid prosecution for the Illinois felony of First Degree Murder.

in violation of Title __18__ United States Code, Section(s) __1073__

I further state that I am a(n) __FBI Special Agent__ and that this complaint is based on the following facts:
Official Title

**SEE ATTACHED AFFIDAVIT**

Continued on the attached sheet and made a part hereof: ■ Yes     ___ No

# FILED

JUN 1 8 2008 TC

6-18-08

**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

Signature of Complainant
**Craig J. Heidenreich**
**Special Agent**
**Federal Bureau of Investigation**

Sworn to before me and subscribed in my presence,

__June 18, 2008__      at      __Chicago, Illinois__
Date                                    City and State

__Arlander Keys, United States Magistrate Judge__
Name & Title of Judicial Officer                   Signature of Judicial Officer

STATE OF ILLINOIS      )
                           )   **ss**

COUNTY OF COOK       )

## A F F I D A V I T

I, Craig J. Heidenreich, being duly sworn, depose and say:

1.   I am a Special Agent of the Federal Bureau of Investigation (FBI) and have been so employed for approximately two years and three months. I am currently assigned to the FBI's North Resident Agency in Rolling Meadows, Illinois, where I investigate violent crime matters including, but not limited to, bank robberies, kidnapings, and fugitive investigations. The information contained in this affidavit is the result of an investigation performed by Special Agents of the FBI, Detective Steven Hollister and other law enforcement officers of the Waukegan Police Department.

2.   On August 8, 2003, Waukegan Police Department personnel responded to a shooting incident at or around 1012 North Elmwood Avenue, Waukegan, Illinois. At the location police found a male subject, later identified to be Giovanni Mendiola, laying on the ground with at least one gunshot wound. Mendiola died the same day as a result of the shooting.

3. Multiple witnesses interviewed by Waukegan Police Department personnel stated the male who shot Mendiola was EDUARDO VENTURA. VENTURA is believed to have fled to Mexico after the incident and has never been arrested.

4. On August 27, 2003, the Circuit Court of Lake County, Illinois, issued an arrest warrant for EDUARDO VENTURA, for the offense of First Degree Murder, a felony. There are no geographical limitations on the warrant. All efforts by investigators to locate VENTURA since the arrest warrant was issued have been fruitless. All known addresses for VENTURA have been checked with negative results.

5. On June 11, 2008, a Confidential Informant (CI), who has provided reliable information in the past, provided information that VENTURA has been residing in Nuevo Laredo, Mexico since 2003. The CI obtained the information through a mutual friend of his/her and VENTURA. In June 2008, the CI was present when VENTURA contacted the mutual friend and gave information as to his whereabouts. The mutual friend later confirmed with the CI that VENTURA was residing in Nuevo Laredo, Mexico. The CI has been providing valuable information for approximately five (5) years, and has been compensated several times. The information previously provided by the CI resulted in multiple arrests and seizures, as well as the removal of drugs and weapons from local communities.

6. Based on the information contained in this affidavit, I believe EDUARDO VENTURA fled the State of Illinois to avoid prosecution for First Degree Murder.

7. The Lake County State's Attorney will extradite VENTURA when he is apprehended.

CRAIG J. HEIDENREICH
Special Agent
Federal Bureau of Investigation

Subscribed to and Sworn before
me this 18th day of June, 2008

Arlander Keys
United States Magistrate Judge

Warrant for Violation of Statute

### IN THE CIRCUIT COURT OF THE NINETEENTH
### JUDICIAL CIRCUIT, LAKE COUNTY, ILLINOIS

FEL Warrant                          **W A R R A N T**      03 CF _3135_ STARCK

To all Peace Officers in the State of Illinois,   WHEREAS,

an INFORMATION having been filed on behalf of the PEOPLE OF THE STATE OF
ILLINOIS, that charges that on or about _AUGUST 8, 2003_

_____, in Lake County, Illinois,   EDUARDO VENTURA,

hereinafter called the defendant(s), committed the offense(s) of:
**CT. 2, FIRST DEGREE MURDER 720 ILCS 5/9-1(a)(1)**

in violation of Section _____, Chapter _____, of the Illinois

Revised Statutes, in that the said defendant(s)

Ct. 2, in that the said defendant without lawful justification, and with the intent to kill Giovanni
Mendiola, shot Giovanni Mendiola with a handgun thereby causing the death of Giovanni
Mendiola.

YOU ARE THEREFORE HEREBY COMMANDED to arrest the said defendant(s) and
bring the defendant(s) before the nearest and most accessible Judge
without unnecessary delay to answer said charge(s) and abide such further
order as may be made concerning him.

Given under my hand on ____ _8-27_ , _03_

_____
JUDGE

CHANCEY; ckh
NAVARRO; WAUKEGAN

Information Filed.  Ex Parte Hearing held.
Probable Cause found.  Bond set in amount of $ _3,000,000-00_

*arm..d/dangerous -firearm*

STATE OF ILLINOIS

IN THE CIRCUIT COURT OF THE 19TH JUDICIAL CIRCUIT

LAKE COUNTY

THE PEOPLE OF THE STATE OF ILLINOIS

VS.

EDUARDO VENTURA

CASE NO. 03CF3135

## WARRANT OF ARREST

TO ALL PEACE OFFICERS OF THE STATE OF ILLINOIS:

YOU ARE HEREBY COMMANDED TO ARREST

EDUARDO VENTURA

AND BRING SAID PERSON WITHOUT UNNECESSARY DELAY BEFORE THE JUDGE SITTING IN BOND COURT IN THE CIRCUIT COURT OF THE 19TH JUDICIAL CIRCUIT, LAKE COUNTY, ILLINOIS, TO ANSWER A CHARGE MADE AGAINST SAID PERSON FOR THE OFFENSE(S):

MURDER/INTENT TO KILL/INJURE
MURDER/INTENT TO KILL/INJURE
MURDER/INTENT TO KILL/INJURE
MURDER/STRONG PROB KILL/INJURE
MURDER/STRONG PROB KILL/INJURE

THE AMOUNT OF THE BOND IS SET AT: $3,000,000.00

ISSUED AT LAKE COUNTY, ILLINOIS ON OCTOBER 8, 2003

JUDGE JOHN T PHILLIPS

*09*

HAIR: *BLK*
EYES: *BRO*
DRIVER'S LICENSE:
SSN:
VEHICLE REG:
LICENSE PLATE:

DOB: 04
RACE: S:
*W*
STATE ID:
VEH MAKE:
PLATE STATE:

DL STATE:

YEAR: *L-84910*